**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 03-Z-2028

FILED
UNITED STATES DISTRICT COURT
ACO

LARRY WHITE,

APR 20 2005

    Petitioner,

GREGORY C. LANGHAM
CLERK

v.

IN THE MATTER OF THE STATE OF COLORADO KEN SALAZAR, Attorney General of the State of Colorado,

    Respondent.

---

## MINUTE ORDER

---

ORDER ENTERED BY SENIOR JUDGE ZITA L. WEINSHIENK

On April 19, 2005, Petitioner filed a "Motion to Alter and Amend. Court's Judgement [sic] Order." The Motion is captioned as Civil Actions Nos. 03-Z-2028, 94-M-182, and 91-Z-650. Petitioner is directed to refrain from filing a single document that is captioned with three separate civil action numbers. In the future, Petitioner is instructed to file in a court action only what pertains to that action and to caption the filing accordingly.

The Motion is nonsensical. The Court is not able to determine what requests pertain to which filing. Furthermore, to the extent that Petitioner is seeking to alter the Court's April 11, 2005, Order the request is inappropriate. Therefore, the Motion is DENIED.

Dated: April 20, 2005

---

Copies of this Minute Order mailed on April 20, 2005, to the following:

Larry White
Prisoner No. 43440
Colorado State Penitentiary
PO Box 777
Canon City, CO 81215- 0777

_____
Secretary/Deputy Clerk

