IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

# 06-CV-01194

Civil Action No. 91-cv-00650-ZLW

LARRY WAYNE WHITE,

    Petitioner,

v.

MARK McKINNA, Superintendent Fremont Correctional Facility, and
GALE A. NORTON, Attorney General of the State of Colorado,

    Respondents.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 21 2006

GREGORY C. LANGHAM
CLERK

---

ORDER CONSTRUING RULE 60 MOTION AS A 28 U.S.C. § 2241 ACTION

---

On May 2, 2006, the Clerk of the Court for the United States Court of Appeals for the Tenth Circuit (Tenth Circuit) entered an order vacating the district court's February 16, 2006, Order that treated Petitioner's January 26, 2006, "Motion for Relief from Judgement [sic] Pursuant to Rule 60, F.R.Civ.P." as a successive 28 U.S.C. § 2254 Petition and transferred the Petition to the Tenth Circuit. The Tenth Circuit remanded the matter to this Court for such other and further proceedings as may be just and proper.

The Court will construe the Motion as an Application filed pursuant to § 2241. The Clerk of the Court will be instructed to open a § 2241 action and to process the Motion, as an initial filing in the new action. Accordingly, it is

ORDERED that the Clerk of this Court shall open a new 28 U.S.C. § 2241 action, place the January 26, 2006, Motion for Relief in the new action, and treat the Motion as an Application filed pursuant to 28 U.S.C. § 2241. It is

FURTHER ORDERED that the Clerk of the Court also place in the new 28 U.S.C. § 2241 action the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action and the Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 that Mr. White submitted to the Court on May 30, 2006, in the instant action. It is

FURTHER ORDERED that Petitioner's "Motion for Judicial Notice Pursuant to Rule 201 Federal Rule of Evidence," (Doc. No. 104), filed May 15, 2006, is denied in part as moot and in part as premature. It is

FURTHER ORDERED that Petitioner's "Motion to Amend the Petition for Habeas Corpus Redress Pursuant to Rule 15 F.R.Civ.P.," (Doc. No. 105), filed May 30, 2006, is denied as moot. It is

FURTHER ORDERED that Petitioner's "Motion for Judicial Notice Pursuant to Rule 201 Federal Rules of Evidence," (Doc. No. 107), filed May 30, 2006, is denied as premature. It is

FURTHER ORDERED that Petitioner's "Motion for Issuance of Subpoena, Pursuant to Rule(s) 45, 81, of the Federal Rules of Civil Procedure," (Doc. No. 109), his "Motion Request for Court Order Pursuant to Rule 77 Federal Rules of Civil Procedure," (Doc. No. 110), and his "Motion for Leave and Order to Expand the Record Pursuant to

Rule 7, Rules Governoring [sic] Habeas Corpus Proceedings, # 2254," (Doc No. 111), all filed June 8, 2006, are denied as premature.

DATED at Denver, Colorado, this _15_ day of _June_, 2006.

BY THE COURT:

_/s/ Zita L. Weinshienk_
ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 91-cv-00650-ZLW

Larry Wayne White
Prisoner No. 43440
Colorado State Penitentiary
PO Box 777
Canon City, CO 81215- 0777

I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 6/21/06

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk